D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone: (509) 452-1700
Fax:  (509) 577-9109

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| LEAH S. CHISM,<br><br>    Plaintiff,<br><br>vs.<br><br><br> ANDREW SAUL,<br>  Commissioner of Social Security,<br><br><br>    Defendant. | Case No. 6:19-cv-00604-MC<br><br><br><br>ORDER FOR ATTORNEY FEES |

    1. The Commissioner is directed to pay EAJA fees in the amount of $7,553.20.

    2. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of the award, after offset of qualifying federal debt under the Treasury Offset Program, shall be made payable to Plaintiff and

PROPOSED ORDER FOR ATTORNEY FEES 1 [6:19-cv-00604-MC]

shall be mailed to Plaintiff's attorney, D. James Tree, 3711 Englewood Avenue, Yakima, Washington 98902.

    3. If Plaintiff has no debt which qualifies for offset under the Treasury Offset Program, payment of the entire award shall be payable directly to Mr. Tree and mailed to the address above or, or direct deposited into the Tree Law Office account, because Plaintiff has assigned any Court awarded EAJA attorney's fees to Mr. Tree.

Dated this 27th day of April, 2020.

                                *s/Michael J. McShane*
                                UNITED STATES JUDGE

Presented by:

S/ D. JAMES TREE, WSBA#1697
Attorney for Plaintiff

**DATED this 20th day of April, 2020.**

                                Respectfully submitted,

                                s/ D. JAMES TREE, WSBA #16976
                                Attorney for Plaintiff
                                3711 Englewood Avenue
                                Yakima, Washington 98902
                                Telephone: (509) 452-1700
                                Fax: (509) 577-9109

PROPOSED ORDER FOR ATTORNEY FEES 2 [6:19-cv-00604-MC]

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proposed Order was filed with the Clerk of the Court on April 20, 2020, using the CM/ECF system which will send notification of such filing to the following: Janice E. Hébert, Assistant U.S. Attorney, and Lisa Goldoftas, Office of the General Counsel.

        Respectfully submitted,

        s/ D. JAMES TREE, WSBA #16976
        Attorney for Plaintiff
        3711 Englewood Avenue
        Yakima, Washington 98902
        Telephone: (509) 452-1700
        Fax: (509) 577-9109

PROPOSED ORDER FOR ATTORNEY FEES 3 [6:19-cv-00604-MC]